

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-25-2007

# Padilla v. Beard

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-2900

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Padilla v. Beard" (2007). *2007 Decisions.* Paper 1740.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1740

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-2900
_____

GEORGE A. PADILLA,
Appellant
v.

JEFFREY BEARD, Secretary Department
of Corrections; Superintendent ROBERT
SHANNON, SCI Frackville; Unit Manager
MS. MIRANDA, SCI Frackville

_____
On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 06-cv-00478 )
District Judge: Honorable Sylvia H. Rambo

_____
Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
October 13, 2006


Before: SCIRICA, <u>Chief Judge</u>, WEIS and GARTH, <u>Circuit Judges</u>.

_____

**ORDER AMENDING OPINION**


It is **HEREBY ORDERED** that the Not Precedential Opinion filed in this case on November 16, 2006, be amended as follows:

On page 4, line 89 – the word "not" should be inserted after the word "does" and before the word "implicate", to read "application of the H-Code policy does not implicate a liberty interest protected by the Due ..."

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: January 25, 2007